MULROONEY, Appellant, v. BILLINGS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Thomas Mulrooney against Charles H. Billings and another. No opinion. Judgment affirmed, with costs.

MULVANY, Appellant, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by John J. Mulvany against the Chapter General of America, Knights of St. John and Malta. No opinion. Judgment and order affirmed, with costs.

MURPHY v. LEVY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by James P. Murphy against Solomon Levy. No opinion. Motion for stay denied. Settle order on notice.

MURPHY v. LEVY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by James P. Murphy against Solomon Levy. No opinion. Application denied, with $10 costs. Order signed.

MURPHY, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Daniel J. Murphy against the Prudential Insurance Company of America.
PER CURIAM. Judgment affirmed, with costs.
CHESTER and KELLOGG, JJ., dissent.

MUSHAW, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Anthony Mushaw against the City of Amsterdam. No opinion. Judgment and order of the County Court unanimously affirmed, with costs.

NASH et al., Respondents, v. THOUSAND ISLAND STEAMBOAT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Philip I. Nash and another against the Thousand Island Steamboat Company and another. No opinion. Judgment and order affirmed, with costs, upon the opinion of this court on former appeal in same case, reported at 123 App. Div. 148, 108 N. Y. Supp. 336.

NATIONAL BANK OF GLENS FALLS, Respondent, v. W. F. BURNS CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the National Bank of Glens Falls against the W. F. Burns Company. No opinion. Judgment unanimously affirmed, with costs.

NATURAL CARBONIC GAS CO., Respondent, v. WALSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by the Natural Carbonic Gas Company against Mary E. Walsh.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SPRING, J., dissents.

NEW HARTFORD COTTON MFG. CO., Respondent, v. LOWENSTEIN et al., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by the New Hartford Cotton Manufacturing Company against Morris Lowenstein and others. No opinion. Judgment and order affirmed, with costs.

NEW YORK AIR BRAKE CO., Appellant, v. INTERNATIONAL STEAM PUMP CO., Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by the New York Air Brake Company against the International Steam Pump Company. E. T. Rice, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment (120 N. Y. Supp. 683) affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

NEW YORK CEMENT CO., Respondent, v. NATIONAL FIRE INS. CO. OF HARTFORD, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the New York Cement Company against the National Fire Insurance Company of Hartford. No opinion. Judgment and order unanimously affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. WILLIAMS, Com'r, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the New York Central & Hudson River Railroad Company against John Williams, as Commissioner of Labor of the State of New York.
PER CURIAM. Judgment (64 Misc. Rep. 15, 118 N. Y. Supp. 785) affirmed, with costs.
KELLOGG and SEWELL, JJ., dissent.

NICHOLLS, Appellant, v. NICHOLLS, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Elizabeth J. Nicholls against Mark M. Nicholls. F. Bien, for appellant. O. Powell, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs; the allegations in the complaint being sufficiently specific. Order filed.

NORTHERN BANK OF NEW YORK, Respondent, v. FITZGERALD BRICK CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by the Northern Bank of New York against the Fitzgerald Brick Company, impleaded with others. No opinion. Motion denied. See, also, 119 N. Y. Supp. 1137.

NORTHRUP, Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.)

Action by Mary G. Northrup, as executrix, etc., against Mary Wheeler.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that there is no evidence of consideration for the giving of the note in suit.

O'BRIEN, Respondent, v. NAUGHTON CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by James O'Brien against the Naughton Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

O'BRIEN, Respondent, v. NAUGHTON CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by James O'Brien against the Naughton Company and another. No opinion. Motion denied, without costs.

OCHOA v. MOULTON. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Frank Ochoa, an infant, against Mace Moulton, Jr., as administrator. No opinion. Motion for stay denied. Settle order on notice.

OCHOA v. MOULTON. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Frank Ochoa, an infant, against Mace Moulton, Jr., as administrator. No opinion. Application denied, with $10 costs. Order signed.

O'CONNOR, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Edward J. O'Connor against the City of New York. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

O'CONOR v. McELROY. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by John C. O'Conor against Daniel S. McElroy. No opinion. Exceptions overruled, and judgment directed to be entered by the trial court, with costs.

OGDEN et al. v. SERGEANT. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Frederick J. Ogden and others against Wm. L. Sergeant. No opinion. Motion granted, upon plaintiffs filing stipulation mentioned in order. Order signed. See, also, 119 N. Y. Supp. 672.

OLDS, Respondent, v. OOTHOUDT, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Perry M. Olds against Myron H. Oothoudt. No opinion. Motion denied. See, also, 119 N. Y. Supp. 1137.

O'MARA, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Cornelius O'Mara, Jr., an infant, by Cornelius O'Mara, his guardian ad litem, against Jessie G. Morgan.

PER CURIAM. Judgment and order affirmed, with costs.

SEWELL, J., dissents.

ONERATO, Respondent, v. McLARNON, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Pietro Onerato, an infant, against Thomas McLarnon. W. L. Obrion, for appellant. R. Maggio, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re O'REILLY (two cases). (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application to revoke the letters testamentary issued to Frank E. O'Reilly, as executor of Arthur J. Heaney, deceased. No opinion. Motion denied, with costs. See, also, 119 N. Y. Supp. 1137, 1138.

In re O'REILLY (three cases). (Supreme Court, Appellate Division, Second Department. January 26, 1910.) In the matter of the judicial settlement of the account of Frank E. O'Reilly, as executor and trustee under the last will and testament of Arthur J. Heaney, deceased. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 119 N. Y. Supp. 1137, 1138.

O'REILLY, Respondent, v. GALLAGHER, Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Kathryn O'Reilly against Patrick Gallagher, impleaded. C. G. Hill, for appellant. J. R. Halsey, for respondent. No opinion. Order affirmed, without costs. Motion to dismiss appeal granted, unless appellant pay $10 costs and have appeal ready on or before first Tuesday of February, 1910. Orders filed.

OSTRANDER, Respondent, v. MUSSELMAN, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Actions by Lawrence Ostrander, suing as a poor person, and by Peter W. Ostrander, his guardian ad litem, against Ezra Musselman. No opinion. Motion to dismiss appeal granted, with costs.

OZOGAR, Respondent, v. PIERCE, BUTLER & PIERCE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Andrew Ozogar against Pierce, Butler & Pierce Manufacturing Company. No opinion. Motion to amend decision (119 N. Y. Supp. 405), so as to show that reversal was on questions of law only, denied, with $10 costs.

PACKER et al. v. VAN WAGENEN et al. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Lynn B. Packer and another against John R.